IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JESUS ORLANDO MENDEZ-VELASQUEZ,
    a/k/a "Jesus Orlando Velazquez,"
    a/k/a "Jalapeno,"
    a/k/a "Chucho,"
    a/k/a "Chuy,"
    a/k/a "Josue Osvaldo Quezada,"
    a/k/a "Jose Regalado-Chavez,"

Defendant.    Case No.  12-cr-30242-01-DRH

## ORDER OF REMOVAL

This matter comes before the Court for imposition of sentence. The Government has filed a motion seeking a Judicial Order of Removal from the United States. This Court makes the following **FINDINGS**:

(1) On October 10, 2013, the Defendant entered a plea of guilty to Conspiracy to Distribute and Possess with the Intent to Distribute Cocaine, a felony offense

(2) At the time of his plea, the Defendant admitted that he is a citizen of Mexico who is in the United States illegally.

(3) The Defendant was notified, prior to the entry of his plea in this case, that the Government intended to request judicial removal.

(4) As a result of his convictions in the instant case, that the Defendant is

deportable pursuant to the provisions of both Title 8, United States Code, Section 1227 (a)(2)(B)(I); and Title 8, United States Code, Section 1227(a)(1)(B).

(5)     This Court has jurisdiction to enter a judicial order of removal at the time of sentencing pursuant to the provisions of Title 8, United States Code, Section 1228(c)(1).

Accordingly, it is **ORDERED** that the Defendant be removed from the United States promptly upon the satisfaction of his sentence in this case.   Immigration and Customs Enforcement, U.S. Department of Homeland Security is hereby authorized to execute this Order of Removal according to the applicable laws and regulations of the United States.

**IT IS SO ORDERED.**

Signed this 11th day of October, 2013.

Digitally signed by David R. Herndon
Date: 2013.10.11 14:07:47 -05'00'

**Chief Judge**
**U.S. District Court**