IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

JESUS ORLANDO MENDEZ-VELASQUEZ ,

Defendant.                                              No. 12-cr-30242-DRH-1

## ORDER

**HERNDON, Chief Judge:**

These matters was referred to United States Magistrate Judge Stephen C. Williams for the specific purpose of conducting change of plea hearings for defendant Jesus Orlando Mendez-Velasquez, pursuant to 28 U.S.C. § 636, LOCAL RULE 72.1(b)(2) and defendant Jesus Orlando Mendez-Velasquez (Docs. 304 and 340). Pursuant to FEDERAL RULE OF CRIMINAL PROCEDURE 11, the change of plea hearings were held on October 10, 2013 (Doc. 303), and December 20, 2013 (Doc. 338). During the change of plea hearings, defendant Jesus Orlando Mendez-Velasquez pled guilty to Counts 1 and 11 of the Indictment, following thorough colloquies with Judge Williams. Thereafter, Judge Williams issued Reports and Recommendations ("the Reports") recommending that the Court accept defendant Jesus Orlando Mendez-Velasquez's pleas of guilty (Docs. 306 and 342).

In accordance with 28 U.S.C. § 636(b)(1)(B), the parties were allowed fourteen days to file written objections. As of this date, neither party has filed an objection to either Report. Therefore, the Court **ADOPTS** the Reports in their entirety. Thus, based on the record in the case, the recommendation of the Magistrate Judge, the consent of the defendant to plead before the magistrate without subsequent objection, it is the finding of the Court in the case of *United States v. Jesus Orlando Mendez-Velasquez*, that defendant Jesus Orlando Mendez-Velasquez was fully competent and capable of entering an informed plea, that defendant Jesus Orlando Mendez-Velasquez was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** Jesus Orlando Mendez-Velasquez **GUILTY** on Counts 1 and 11 of the Indictment.[1] The Court **REMINDS** the parties that this matter is set for sentencing on May 2, 2014, at 10:00 a.m.

**IT IS SO ORDERED.**

Signed this 8th day of January, 2014.

David R. Herndon
2014.01.08
05:29:41 -06'00'

**Chief Judge**
**United States District Court**

---

[1] The Court notes that defense counsel represents to the Court that the parties are attempting to resolve Count II prior to the sentencing date (Doc. 344).