IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JESUS ORLANDO MENDEZ-VELASQUEZ,**

**Defendant.**                                    Case No. 12-cr-30242-DRH-1

**MEMORANDUM & ORDER**

**HERNDON, Chief Judge:**

Before the Court is the determination of the necessary amount of payment to CJA counsel for defendant Jesus Orlando Mendez-Velasquez, Neal Connors. Counsel recently requested that the undersigned certify a CJA voucher for consideration by the chief judge of the Circuit for payment approval. This Court denied counsel's request, finding that it did not represent an amount "necessary to provide fair compensation." 18 U.S.C. § 3006A(d)(3). Thereafter, counsel moved to withdraw his submitted voucher; a request this Court granted.

Thus, as no CJA voucher is currently before the Court, the Court must determine the necessary amount of payment. The Court finds an average of the voucher fee amounts submitted and approved by CJA counsel for defendant Mendez-Velasquez's co-defendants represents the most equitable amount of

payment in this instance. In disregarding the lowest and highest vouches thus far submitted, the Court notes that the average amount of fees equals a negligible amount above the statutory maximum of $9,800.00. Thus, the Court awards CJA counsel Neal Connors the statutory maximum of $9,800.00, plus his expenses of $2,079.29. A total payment of **$11,879.29** is thus awarded to CJA counsel Neal Connors, pursuant to 18 U.S.C. § 3006A.

**IT IS SO ORDERED.**

Signed this 24th day of July, 2014.

Digitally signed by David R. Herndon
Date: 2014.07.24 15:12:30 -05'00'

**Chief Judge**
**United States District Court**