IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 12-CR-30242-SMY ) |
| JESUS ORLANDO MENDEZ-VELASQUEZ, | ) ) ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

**YANDLE, District Judge:**

This matter is before the court for consideration of Defendant Jesus Orlando Mendez-Velasquez's *pro se* Motion to Request Compassionate Release pursuant to the First Step Act and Supplement (Docs. 474, 476). The Government responded in opposition (Doc. 478).

On May 2, 2014, Mendez-Velasquez was sentenced to 240 months imprisonment for conspiracy to distribute and possess with the intent to distribute cocaine and interstate travel in support of racketeering (Doc. 367). His sentence was subsequently reduced to 180 months (Doc. 430). Mendez-Velasquez is currently housed at the North Lake Correctional Institution in Baldwin, Michigan; his anticipated release date is May 18, 2025.

Section 603 (b)(1) of the First Step Act permits the Court to reduce a term of imprisonment upon motion of either the Director of the BOP or a defendant for "extraordinary or compelling reasons" so long as the reduction is "consistent with applicable policy statements issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(1). Mendez-Velasquez seeks compassionate release, asserting that he wishes to spend time with his family, has conducted himself well in prison and, post-release, will work in the restaurant industry in Mexico. While his desire to spend time

with his family is understandable and his conduct while in prison may be a positive change, these are not extraordinary and compelling reasons – individually or collectively – that would support compassionate release.

Accordingly, Mendez-Velasquez's Motion to Request Compassionate Release pursuant to the First Step Act and Supplement (Docs. 474, 476) are **DENIED**.

**IT IS SO ORDERED.**

**DATED: July 29, 2022**

**STACI M. YANDLE**
**United States District Judge**